**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10082-STA |
| MICHAEL TODD COCHRAN, ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on August 17, 2018, Assistant United States Attorney, Rainey Irwin, appearing for the Government and the defendant, Michael Todd Cochran, appearing in person, and with counsel, Joseph Howell.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 20, 2018 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 20th day of November, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT